**Settlement agreement is approved. IT IS SO ORDERED**

**s/ William H. Baughman, Jr.**
**William H. Baughman, Jr.**
**United States Magistrate Judge**

**Date:** Sept. 15, 2020

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MEGAN RASCH, | ) | CASE NO. 1:18-cv-00731 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | MAGISTRATE JUDGE: WILLIAM H. |
| v. | ) | BAUGHMAN, JR. |
| | ) | |
| EVENT SOURCE LOGISTICS, LLC, *et al.*, | ) | **NOTICE OF EXECUTED** |
| | ) | **SETTLEMENT AGREEMENT WITH** |
| Defendants. | ) | **ATTACHMENT FILED UNDER** |
| | ) | **SEAL** |

Pursuant to this Court's Order of August 10, 2020, and Loc.R. 5.2, the Defendants hereby provide notice of filing the executed settlement agreement (the "Agreement") under seal. The Agreement is attached hereto as Exhibit A.

Respectfully submitted,

/s/ Matthew S. Grimsley
Matthew S. Grimsley (0092942)
Caryn M. Groedel (0060131)
Caryn Groedel & Associates Co., LPA
31340 Solon Road, Suite 27
Cleveland, OH 44139
Telephone: (440) 544-1122
Facsimile: (440) 996-0064
mgrimsley@groedel-law.com
cgroedel@groedel-law.com
*Attorneys for Plaintiff*

/s/Max E. Dehn
Max E. Dehn (0079600)
Cavitch, Familo & Durkin Co., LPA
1300 E. Ninth Street, 20th Floor
Cleveland, OH 44114
Telephone: (216) 621-7860
Facsimile: (216) 621-3415
mdehn@cavitch.com
*One of Defendants' Attorneys*